SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 9 2019

CLERK, U.S. DISTRICT COURT
By_____
              Deputy

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Kristopher Charles Martin Brown<br><br>Defendant(s) | )<br>)<br>)  Case No. 3:19-MJ-914 BK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8, 2019__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 922(j) | Possession of a Stolen Firearm |

This criminal complaint is based on these facts:
See attached affidavit of Special Agent Tonya A. English, Bureau of Alcohol, Tobacco, Firearms and Explosives

☑ Continued on the attached sheet.

_Tonya English_
Complainant's signature

Tonya A. English, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/09/2019

_[signature]_
Judge's signature

City and state: DALLAS, TEXAS

Renee Harris Toliver, U.S. MAGISTRTATE JUDGE
Printed name and title

## Affidavit in Support of Criminal Complaint

1. I, Tonya A. English, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

2. I have been employed with the ATF since August of 2007. I have attended formal training at the ATF National Academy about firearm and narcotics related investigations to include but not limited to, the issuance and execution of search warrants, utilization of cooperating individuals, firearms identification, firearms trafficking, narcotics trafficking, and a variety of means to launder illegal proceeds. As an ATF special agent, I am currently assigned to the ATF Dallas Group VII to investigate violations of federal firearms and violent crime laws. Prior to being employed with ATF, I was a police officer with the Arlington Police Department in Arlington, Texas, for over eight years.

3. As a result of my training and experience as an ATF agent, I am familiar with federal criminal laws and know that it is a violation of 18 U.S.C. § 2119 for any person, to knowingly and intentionally, with intent to cause serious bodily harm, take a motor vehicle that has been transported, shipped or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, or the attempt to do so. I also know it is a violation of 18 U.S.C. § 922(j) for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition, or pledge or accept as security for a loan any stolen firearm or stolen ammunition, which is moving as, which is a part of, which constitutes, or which has been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm or ammunition was stolen.

Affidavit in Support of Criminal Complaint – Page 1

4. This affidavit is made for the limited purposes of establishing probable cause that **Kristopher Charles Martin Brown** has committed an offense in violation of 18 U.S.C. § 2119, that is Carjacking, and an offense in violation of 18 U.S.C. § 922(j), that is Possession of Stolen Firearm.

5. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation.

6. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of 18 U.S.C. § 2119 and 18 U.S.C. § 922(j) have been committed by **Kristopher Charles Martin Brown**.

## FACTS AND CIRCUMSTANCES

7. On October 8, 2019, at approximately 5:40 am, Dallas Police Department (DPD) Officers responded to a robbery call in the 9200 block of Cliffmere Drive, Dallas, Dallas County, Texas, in the Northern District of Texas. Officers conducted an initial interview with the eighty-eight year old female victim.

8. The victim told officers at approximately 2:30 am, she was asleep alone in her bedroom when the victim awoke to find a male suspect in her bedroom. The male, later identified as **Kristopher Charles Martin Brown**, punched the victim in her face causing a visible black eye, visible swelling, and pain. **Brown** brutally sexually assaulted the victim.

**Affidavit in Support of Criminal Complaint – Page 2**

9. **Brown** then had the victim go through her closet and start pulling out boxes to see what was in the boxes. **Brown** observed a Remington Arms Co., Inc. model 11 20 gauge shotgun bearing serial number 1016606 and took the Remington shotgun without the victim's consent.

10. **Brown** then went through the victim's purse and took approximately one hundred and sixty-three dollars in United States (U.S.) Currency and the keys to the victim's green 2007 Lexus model RX-5 Sports Utility Vehicle (SUV) bearing Texas License Plate CLT0885, further identified through Vehicle Identification Number (VIN) #2T2GK31U97C024515.

11. **Brown** then tied the victim to a chair and disabled her telephones. **Brown** told the victim she would find her vehicle at 3555 East Overton Road and wrote on an envelope, "3555 East Overton, 41, 5 days".

12. When **Brown** fled from the victim's residence, he forcibly took and stole the victim's 2007 Lexus RX-5 SUV, the victim's U.S. Currency, and the Remington shotgun. The victim did not give **Brown** consent to enter her residence or take her property.

13. The victim believed **Brown** gained entry to her residence through a rear door that lead to the backyard. DPD's Crime Scene Response Section personnel responded, photographed the victim's injuries, and processed the crime scene for evidence. It was discovered at that time, **Brown** had left shoe prints in the victim's backyard. Photographs of the shoe prints were taken and a casting of the one of the shoe prints was made.

14. On October 8, 2019, at approximately 5:37 pm, DPD officers conducting surveillance in a covert capacity observed **Brown** at the 7-Eleven located at 9320 Skillman Street, Dallas, Texas, putting gas in the victim's green 2007 Lexus RX-5 SUV.

15. Officers observed **Brown** enter the victim's Lexus RX-5 SUV and drive south on Skillman Street. A traffic stop was initiated on the victim's vehicle and **Brown**, the sole occupant of the vehicle, was taken into custody. The stolen Remington shotgun was observed in plain view in the rear of the vehicle and was recovered at the scene.

16. During a recorded post-*Miranda* warning interview with a DPD Detective, **Brown** told the Detective he purchased the vehicle for nine hundred dollars at a complex at Overton Road and Illinois Avenue by building 41.

17. **Brown** also said he purchased the shotgun at the same time. It was observed **Brown** was wearing Nike Air Force 1 athletic shoes and the sole of the shoes matched the footprints that were observed in the victim's backyard.

18. While **Brown's** person was being processed by DPD's Crime Scene Response Section personnel, **Brown** asked DPD officers if anyone had died. **Brown** then made the res gestate statement to DPD officers "The old woman got up…".

19. **Brown** was transported to the Dallas County Sheriff's Office Lew Sterrett Jail and charged with Aggravated Robbery.

20. The victim's green 2007 Lexus model RX-5 SUV bearing Texas License Plate CLT0885, further identified through VIN #2T2GK31U97C024515, was manufactured in Ontario, Canada, thus affecting interstate and foreign commerce.

21. I am an Interstate Nexus Expert and have determined the receiver of the stolen Remington shotgun possessed by **Brown** was not manufactured in the State of Texas and has, by virtue of its presence in Texas, traveled in or affected interstate commerce.

22. I believe there is probable cause to believe that violations of 18 U.S.C. § 2119 and 18 U.S.C. § 922(j) have been committed by **Brown** and request that a warrant issue for his arrest.

*Tonya Engl #4926*
Tonya A. English
Special Agent
Bureau of ATF

Subscribed and sworn to before me this 9th day of October, 2019.

HON. RENEE HARRIS TOLIVER
United States Magistrate Judge
Northern District of Texas

**Affidavit in Support of Criminal Complaint – Page 5**